In re PUNNETT CYCLE MFG. CO. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) In the matter of the receivership of the Punnett Cycle Manufacturing Co. No opinion. Order affirmed, with costs. All concur except ADAMS, J., not voting. See 53 N. Y. Supp. 204.

PURDY, Plaintiff, v. ERIE R. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Albert L. Purdy against the Erie Railroad Company. No opinion. Defendant's exceptions overruled, and motion denied, with costs, and judgment ordered for the plaintiff on the verdict, with costs.

RAFFAEL, Appellant, v. QUIRK et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 22, 1898.) Action by Michael Raffael against Thomas Quirk and the city of Yonkers. No opinion. Order granting new trial modified so as to require, as condition of the new trial, that the defendant, within 20 days, pay to the plaintiff costs as taxed in the judgment roll, and, as modified, affirmed, without costs of appeal to either party.

In re RAYMOND. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) In the matter of the application of Ralph Raymond for admission to practice as attorney and counselor at law. No opinion. Application granted.

REHAGE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by Ella Rehage against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

REILLY v. SICILIAN ASPHALT PAVING CO. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by John F. Reilly against the Sicilian Asphalt Paving Company. No opinion. Motion denied. See 43 N. Y. Supp. 536; 52 N. Y. Supp. 817.

REISSMAN, Appellant, v. NATIONAL LEAD CO., Respondent. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Otto Reissman against the National Lead Company. H. A. Rubine, for appellant. P. D. Trafford, for respondent. No opinion. Judgment affirmed, with costs.

REISSMANN v. NATIONAL LEAD CO. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by Otto Reissmann against the National Lead Company. No opinion. Motion denied.

In re REYNOLDS. (Supreme Court, Appellate Division, First Department. November 18, 1898.) In the matter of John J. W. Reynolds. J. L. White, for appellant. J. K. Erskine, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RICH, Respondent, v. PELHAM HOD ELEVATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1898.) Action by Catherine Rich, as administratrix, etc., against the Pelham Hod Elevating Company. No opinion. Judgment and order unanimously affirmed, with costs. See 48 N. Y. Supp. 1067.

RICH, Respondent, v. PELHAM HOD ELEVATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by Catherine Rich, as administratrix, etc., of Thomas Adlum, deceased, against the Pelham Hod Elevating Company. No opinion. Application for leave to appeal to the court of appeals denied. See 48 N. Y. Supp. 1067.

RICKERSON, Respondent, v. BUNKER et al., Appellants. (City Court of New York, General Term. November 18, 1898.) Action by Martin L. Rickerson against Leroy E. Bunker and another. O. H. Stearns, for appellants. C. L. Brooke, for respondent.

PER CURIAM. The attachment was granted upon sufficient affidavits, and the order appealed from is affirmed, with costs.

ROBINSON, Respondent, v. SAMPERS, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by John Robinson against Henry P. Sampers. J. Kling, for appellant. W. M. Speer, for respondent. No opinion. So much of the order as requires the amended answer to be made more definite and certain reversed, with $10 costs and disbursements. So much of the order as requires the defendant to serve a bill of particulars modified by directing such bill of particulars to be served as to the matters stated in the second, third, and fourth subdivisions of the answer only, and, as so modified, affirmed, without costs.

ROBINSON, Respondent, v. SMITH (ESTELLE et al., Appellants). (Supreme Court, Appellate Division, Second Department. November 1, 1898.) Action by Charles P. Robinson, as committee, etc., of Jeremiah Cole, against Ida M. Smith. William S. Estelle and others appeal. No opinion. Judgment affirmed, with costs.

ROSE v. DURANT et al. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by Heloise D. Rose against William W. Durant and others. No opinion. Motion granted, with $10 costs.

ROSE, Respondent, v. DURANT, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Heloise D. Rose against William W. Durant, individually, etc. H. W. Simpson, for appellant. L. N. Palmer, for respondent. No opinion. Judgment affirmed, with costs.

ROSENBAUM, Respondent, v. TOBLER et al., Appellants. (Supreme Court, Appellate Division, First Department. June Term, 1898.)